Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Nicholas Wolfram
Assistant Federal Public Defender
Nevada State Bar No. 15972
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Nicholas_Wolfram@fd.org


*Attorney for Petitioner Osniel Macia Santos


UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Osniel Macia Santos, | |
| Petitioner, | Case No. 2:26-cv-00911-JAD-EJY |
| v. | **Joint stipulation for extension of time to file Amended Petition** |
| Todd Blanche, *et al.*, | |
| Respondents. | [ECF No. 9] |

Petitioner Osniel Macia Santos and Federal Respondents Ruben Leyva, Todd Blanche, Markwayne Mullin, and Todd Lyons, through undersigned counsel, submit this stipulation for a 14-day extension of time for Mr. Macia Santos to file his Amended Petition. This would extend Mr. Macia Santos's deadline to file the Amended Petition from May 20, 2026 to June 3, 2026. Counsel for Federal Respondents, Tamer Botros, advised that Respondents do not oppose an extension.

This is Mr. Macia Santos's second request for an extension. This request is not for the purpose of delay, but made in good faith to allow for the resolution of Mr. Macia Santos's habeas case in the Eastern District of California, as set forth in his prior request for an extension of time. *See* ECF No. 7. As of this filing, the

district court in the Eastern District of California has not yet issued an order in Mr. Macia Santos's case.

Respectfully submitted on May 19, 2026,


RENE L. VALLADARES
Federal Public Defender

By s/ Nicholas Wolfram
NICHOLAS WOLFRAM
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General

By s/ Tamer Botros Botros
Tamer Botros Botros
Assistant United States Attorney

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation to extend time for the petitioner to file an amended petition [ECF No. 9] is GRANTED.  The amended petition is now due on June 3, 2026.

_____

**U.S. District Judge Jennifer A. Dorsey**
**May 20, 2026**

2